PS 42
(Rev. 7/93)

# United States District Court

District of New Jersey

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs.** | ) |
| Craig Arsenault | ) |
| | ) **Case No.** 17-9228-01 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Craig Arsenault_____, have discussed with _____Victor Canino_____, Pretrial Services/

Probation Officer, modifications of my release conditions as follows:

Attend mental health treatment/testing as directed by the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     12/1/17          _____     12-1-17
Signature of Defendant        Date          Pretrial Services/Probation Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel                              Date

☐ The above modification of conditions of release is ordered, to be effective on _____.

☐ The above modification of conditions of release is *not* ordered.

_____     12/3/17
Signature of Judicial Officer                          Date